## AMERICAN LEATHER PRODUCT COMPANY v. STONE.

[No. 10,827. Filed December 23, 1920.]

MASTER AND SERVANT.—*Workmen's Compensation.—Appeal.—Review.—Evidence.*—A finding that the injury arose out of and in the course of the employment will not be disturbed on appeal if there be evidence to support it, the question of the sufficiency of the evidence being for the Industrial Board.

From the Industrial Board of Indiana.

Proceedings under the Workmen's Compensation Act by William Stone against the American Leather Product Company. From the award made, the latter appeals. *Affirmed.*

*Howe S. Landers* and *Ketcham. McTurnan & Higgins,* for appellant.

*Joseph R. Morgan,* for appellee.

McMAHAN, J.—The only question involved in this appeal is whether the finding of the Industrial Board that the injury to appellee arose out of and in the course of

his employment, is sustained by sufficient evidence. This was a question for the Industrial Board. There was evidence to support the finding, and under such circumstances it will not be disturbed on appeal. *Leonard Construction Co.* v. *Boening* (1920), 73 Ind. App. 693, 126 N. E. 702; *American Hominy Co.* v. *Davis* (1920), *post*, 622, 126 N. E. 703.

The award of the Industrial Board is affirmed, and under the statute the amount thereof is increased five per cent.